IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KHALID JAFAR                                  :
                                              :
           v.                                 :    NO.: CA 02-3457
                                              :
EMPIRE FIRE & MARINE INSURANCE                :
COMPANY                                       :

**ARBITRATION CERTIFICATION**

   I, ALLAN C. MOLOTSKY, counsel of record for the defendant, do hereby certify:

Pursuant to Local Rule 53.2(3)(c)(2), that, to the best of my knowledge and belief, the damages recoverable in the counterclaim to the civil action exceed the sum of $150,000, exclusive of interest and cost; relief other than monetary damages is sought.

                          POST & SCHELL, P.C.


                          _____
                          ALLAN C. MOLOTSKY, ESQ.

DATE: JUNE 7, 2002