```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KHALID JAFAR,                     )
                                  )    Civil Action
            Plaintiff             )    No. 02-CV-3457
                                  )
       vs.                        )
                                  )
EMPIRE FIRE,                      )
MARINE INSURANCE COMPANY,         )
                                  )
            Defendants            )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 23rd of January, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Arnold C. Rapoport to schedule and conduct a settlement conference.

BY THE COURT:

James Knoll Gardner
United States District Judge