| | |
|---|---|
| O'Malley, Harris, Durkin & Perry, P.C.<br>By: Richard K. Hodges, Esquire<br>Attorney I.D. No.: 34869<br>345 Wyoming Avenue<br>Scranton, PA 18503<br>(570) 348-3711 | Attorneys for Defendant,<br>B.I.A. Insurance |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALID JAFAR, | : | NO. 02-3457 |
| Plaintiff | : | |
| vs. | : | |
| EMPIRE FIRE AND MARINE INSURANCE CO., B.I.A. INSURANCE, and FIRST FUNDING CORPORATION, | : | (Judge Gardner) |

## CERTIFICATE OF SERVICE

I, Richard K. Hodges, Esquire, of O'Malley, Harris, Durkin & Perry, P.C., hereby certify that I served a true and correct copy of Defendant, B.I.A. Insurance's, Answer and Affirmative Defenses to Plaintiff's Amended Complaint upon Plaintiffs' counsel of record, F. Paul Laubner, Esquire, 425 Allentown Drive, Allentown, PA 18109, as well as upon the Defendant, First Insurance Funding Corporation, 520 Lake Cook Road, Suite 300, Deerfield, IL 60015, via first class mail, postage prepaid, this 19th day of August, 2003.

O'MALLEY, HARRIS, DURKIN & PERRY, P.C.
Attorney for Defendant, B.I.A. Insurance

BY:_____
Richard K. Hodges, Esquire
Attorney I.D. No. 34869

345 Wyoming Avenue
Scranton, PA 18503
(570) 348-3711