```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KHALID JAFAR,                    )
                                 ) Civil Action
        Plaintiff                ) No. 02-CV-03457
                                 )
    vs.                          )
                                 )
EMPIRE FIRE and                  )
MARINE INSURANCE COMPANY,        )
                                 )
        Defendants               )

                                  *   *   *

APPEARANCES:
        F. PAUL LAUBNER, ESQUIRE
           On behalf of Plaintiff

        ALLAN C. MOLOTSKY, ESQUIRE
           On behalf of Defendant

                                  *   *   *

<u>RULE 16 STATUS CONFERENCE ORDER</u>

        NOW, this 10th day of April, 203, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of counsel,

        <u>IT IS ORDERED</u> that plaintiff shall have until May 23, 2003 to file an Amended Complaint joining First Insurance Funding Corporation as an original defendant.

        <u>IT IS FURTHER ORDERED</u> that plaintiff's request for declaratory judgment shall be scheduled for oral argument prior to trial.

IT IS FURTHER ORDERED that a second status conference by telephone conference call shall be scheduled before the undersigned at 9:30 o'clock a.m. on June 26, 2003 to discuss all discovery deadlines and scheduling of all pre-trial proceedings and trial.

BY THE COURT:

James Knoll Gardner
United States District Judge