```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KHALID JAFAR,                         )
                                      ) Civil Action
            Plaintiff                 ) No. 02-CV-03457
                                      )
      vs.                             )
                                      )
EMPIRE FIRE and                       )
MARINE INSURANCE COMPANY;             )
B.I.A. INSURANCE; and                 )
FIRST FUNDING CORPORATION,            )
                                      )
            Defendants                )

                        *   *   *

APPEARANCES:
        F. PAUL LAUBNER, ESQUIRE
            On behalf of Plaintiff

        ALLAN C. MOLOTSKY, ESQUIRE
            On behalf of Defendant,
            Empire Fire and Marine Insurance Company

                        *   *   *


            SECOND RULE 16 STATUS CONFERENCE ORDER

    NOW, this 26th day of June, 2003, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of counsel, it appearing that B.I.A. Insurance and First Insurance Funding Corporation have been joined as defendants in this action,

IT IS ORDERED that the caption of the within matter is amended to reflect the designation of defendant as First Insurance Funding Corporation, instead of First Funding Corporation.

IT IS FURTHER ORDERED that defendant B.I.A. Insurance shall have until July 2, 2003 to file an Answer to plaintiff's Amended Complaint, and defendant First Insurance Funding Corporation shall have until July 10, 2003 to file an Answer to plaintiff's Amended Complaint.

IT IS FURTHER ORDERED that counsel for plaintiff shall communicate a settlement counter-demand to defense counsel on or before July 3, 2003.  Defense counsel shall respond to plaintiff's demand on or before July 10, 2003.  Counsel for plaintiff shall report to the undersigned concerning the status of settlement negotiations on or before July 16, 2003.

IT IS FURTHER ORDERED that a third status conference by telephone conference call shall be scheduled before the undersigned on or after August 1, 2003.

                                        BY THE COURT:


                                        _____
                                        James Knoll Gardner
                                        United States District Judge