```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KHALID JAFAR,                        )
                                     ) Civil Action
          Plaintiff                  ) No. 02-CV-03457
                                     )
     vs.                             )
                                     )
EMPIRE FIRE and                      )
MARINE INSURANCE COMPANY;            )
B.I.A. INSURANCE; and                )
FIRST INSURANCE FUNDING              )
CORPORATION,                         )
                                     )
          Defendants                 )


                         *   *   *

APPEARANCES:
     F. PAUL LAUBNER, ESQUIRE
          On behalf of Plaintiff

     ALLAN C. MOLOTSKY, ESQUIRE
          On behalf of Defendant,
          Empire Fire and Marine Insurance Company

     RICHARD K. HODGES, ESQUIRE
          On behalf of Defendant,
          B.I.A. Insurance

     FRANK A. BAKER, ESQUIRE
          On behalf of Defendant,
          First Insurance Funding Corporation

                         *   *   *
```

THIRD RULE 16 STATUS CONFERENCE ORDER

NOW, this 4th day of September, 2003, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of counsel, it appearing that the claim asserted

in plaintiff's Amended Complaint against defendant Empire Fire and Marine Insurance Company has settled; it further appearing that the claims asserted in the Amended Complaint against defendants B.I.A. Insurance and First Insurance Funding Corporation have also been asserted in a Complaint filed by plaintiff against those defendants in the Court of Common Pleas of Lehigh County, and that neither of those parties intend to remove that case from state court to federal court,

<u>IT IS ORDERED</u> that counsel for defendant Empire Fire & Marine Insurance Company shall prepare and present a release concerning the within settlement action to counsel for plaintiff on or before September 12, 2003.

<u>IT IS FURTHER ORDERED</u> that counsel for plaintiff shall present a letter request to the undersigned on or before September 19, 2003 to discontinue the entire within federal action.

<u>IT IS FURTHER ORDERED</u>, by agreement of counsel for all parties, that defendant First Insurance Funding Corporation shall not be required to file an Answer to the Amended Complaint in the federal action.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge